# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Sue Paul <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-23902 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 4965

                                  Respectfully submitted,

                                  **/s/ Joshua I. Goldman, Esquire**
                                  Joshua I. Goldman, Esquire
                                  jgoldman@kmllawgroup.com
                                  Attorney I.D. No. 205047
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106
                                  Phone: 215-825-6306
                                  Fax: 215-825-6406
                                  Attorney for Movant/Applicant